IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-149-FL

| KAREN MCQUADE | |
| --- | --- |
| Plaintiff, | |
| v. | |
| XEROX CORPORATION | **ORDER ON MOTION TO STAY DISPOSITIVE MOTION DEADLINE** |
| Defendant, | |
| and | |
| TYRONE PARKER, | |
| Defendant. | |

THIS CAUSE coming before the Court upon the Defendants' Motion to Stay Dispositive Motion Deadline pursuant to Local Rule 7.1-7.2 and Rule 16(b) of the Federal Rules of Civil Procedure, and the Court finding that good cause exists for granting the requested relief and that granting the Motion will not impact trial date for the case.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Defendants' Motion to Stay Dispositive Motion Deadline shall be, and is hereby, GRANTED, and the Case Management Order entered herein is hereby modified as follows:

1. Any dispositive motions shall be filed within ten (10) days following the later of the Court's ruling on Defendant Parker's Motion to Dismiss, Defendant Xerox Corporation's Motion for Judgment on the Pleadings, or Defendants' Motion for Protective Order; and

2. All other provisions of the Case Management Order are not modified by this Order and shall remain in full force and effect.

SO ORDERED, this the 31st day of January, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge