UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KAREN McQUADE,               )<br>                                               )<br>            Plaintiff,             )<br>                                               )<br>v.                                          )<br>                                               )<br>XEROX CORPORATION and  )<br>TYRONE PARKER,              )<br>                                               )<br>                                               )<br>            Defendants.        )<br>_____)<br>                                               )<br>XEROX CORPORATION,     )<br>                                               )<br>            Counter Claimant, )<br>                                               )<br>v.                                          )<br>                                               )<br>KAREN McQUADE,             )<br>                                               )<br>            Counter Defendant. ) | **JUDGMENT**<br>No. 5:10-CV-149-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of Defendant Tyrone Parker's Motion to Dismiss, Defendant Xerox Corporation's Motion for Judgment on the Pleadings and the Joint Stipulation and Request for Voluntary Dismissal with Prejudice of Xerox Corporation and Karen McQuade.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered on February 1, 2011 and May 2, 2011, that Defendant Tyrone Parker's Motion to Dismiss is GRANTED, Defendant Xerox Corporation's Motion for Judgment on the Pleadings is GRANTED, and Defendant Xerox Corporation's counterclaim is DISMISSED without prejudice.

**This Judgment Filed and Entered on May 13, 2011, and Copies To:**

Sandra J. Polin (via CM/ECF Notice of Electronic Filing)
Amy Reeder Worley (via CM/ECF Notice of Electronic Filing)
Benjamin R. Holland (via CM/ECF Notice of Electronic Filing)
John G. McDonald (via CM/ECF Notice of Electronic Filing)


May 13, 2011               DENNIS P. IAVARONE, CLERK
                            /s/ Christa N. Baker
                           (By) Christa N. Baker, Deputy Clerk